Chairman, Hon. David Cybulski; Member, Hon. Katherine R. Curtis and Member, Hon. Marc Buyske.

**From: The District Court of the 4th Judicial District.**
**County of Missoula.**

**STATE OF MONTANA,**
    **Plaintiff,**　　　　　　　　　　　**No. DC-00-378**
**vs.**　　　　　　　　　　　　　　　**Decision**
**MERILEE WATNE,**
    **Defendant.**

On July 17, 2001, the defendant was sentenced to the following: Counts II and III: Assault on a Peace Officer, a felony: Ten (10) year commitment to the Department of Corrections, on each count, with five (5) years suspended, to run concurrently.

On April 12, 2002, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Brian Kohn. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that she understood this and stated that she wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or

increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 12th day of April, 2002.

DATED this 1st day of May, 2002.

Chairman, Hon. David Cybulski; Member, Hon. Katherine R. Curtis and Member, Hon. Marc Buyske.